IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| AMERICAN HEARTLAND PORT, INC., ) <br> JO LYNN KRAINA, SHELLEY REED, ) <br> and MISTY SHANNON, ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> AMERICAN PORT HOLDINGS, INC., ) <br> a Delaware corporation, DANIEL L. ) <br> DICKERSON, ANDREW S. FELLOWS, ) <br> STANLEY BALLAS, JAMES MARTODAM, ) <br> and JAMES C. BRECKINRIDGE, individually, ) <br> PATRICK NICHOLAS DICARLO, an ) <br> individual, CHANNEL POINT PARTNERS, ) <br> a corporation, ALLIED INVESTMENT ) <br> PARTNERS PJSC, a Foreign corporation; and ) <br> ARCELORMITTAL WEIRTON, LLC, ) <br> a corporation. ) <br> ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 5:11-CV-50 <br><br> Judge Stamp |

**DEFENDANT ARCELORMITTAL WEIRTON, LLC'S**
**<u>MOTION FOR SUMMARY JUDGMENT</u>**

    Defendant ArcelorMittal Weirton, LLC, pursuant to Fed.R.Civ.P. 56, requests this Court to enter summary judgment in its favor and against plaintiffs on all counts directed against

ArcelorMittal Weirton, LLC.  In support of its motion, ArcelorMittal Weirton, LLC incorporates the memorandum filed with this motion.

Dated:  April 16, 2014						Respectfully submitted,

/s/ Jeffrey A. Kimble
Jeffrey A. Kimble (W. Va. Bar #4928)
(jak@ramlaw.com)
E. Ryan Kennedy (W. Va. Bar #10154)
(erk@ramlaw.com)
Robinson & McElwee PLLC
140 West Main Street, Suite 300
Clarksburg, West Virginia  26302-0128
Telephone: (304) 326-5314
Facsimile: (304) 622-5065


Pro Hac Vice Counsel

Dennis Powers (IL Bar #6186463)
dennis.powers@dlapiper.com
Kenneth Schmetterer (IL Bar #6201860)
kenneth.schmetterer@dlapiper.com
DLA Piper LLP (US)
203 North LaSalle St., Suite 1900
Chicago, Illinois 60601
Telephone: (312) 368-7273/2176
Facsimile: (312) 630-5372/6350


*Counsel for ArcelorMittal Weirton, LLC*