IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

AMERICAN HEARTLAND PORT, INC., JO
LYNN KRANIA, SHELLEY REED, and
MISTY SHANNON,

      Plaintiffs,

v.                                  CIVIL ACTION NO. 5:11-CV-50

AMERICAN PORT HOLDINGS, INC., a
Delaware corporation, DANIEL L.
DICKERSON, ANDREW S. FELLOWS,
STANLEY BALLAS, JAMES MARTODAM,
and JAMES C. BRECKINRIDGE, individually,
PATRICK NICHOLAS DICARLO, an
individual, CHANNEL POINT PARTNERS, a
corporation, ALLIED INVESTMENT
PARTNERS PJSC, a Foreign corporation; and
ARCELORMITTAL WEIRTON, LLC, a
corporation,

      Defendants.

## **CERTIFICATE OF SERVICE**

I, Jeffrey A. Kimble, do hereby certify that on the 16th day of April, 2014, I electronically filed **Defendant ArcelorMittal Weirton, LLC's Motion for Summary Judgment** and **Memorandum in Support of Defendant ArcelorMittal Weirton, LLC's Motion for Summary Judgment** with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                                /s/ Jeffrey A. Kimble
                                                Jeffrey A. Kimble
                                                (W. Va. State Bar I.D.:  4928)